NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JAN 23 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-4565 |
| Plaintiff - Appellee, | D.C. No. 2:20-cr-00255-DMG-1 |
| v. | |
| CARL DE VERA BENNINGTON, AKA Carl Bennington, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Dolly M. Gee, District Judge, Presiding

Submitted January 22, 2025[**]

Before: CLIFTON, CALLAHAN, and BENNETT, Circuit Judges.

Carl de Vera Bennington appeals from the district court's judgment revoking supervised release and imposing a time-served sentence and six months' supervised release.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Bennington's counsel filed a brief under *Anders v. California*, 386 U.S. 738 (1967), stating that there are no non-frivolous arguments for appeal. Appellant has not filed a pro se supplemental brief.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous arguments to be made on direct appeal.

Counsel's motion to withdraw is granted.

**AFFIRMED.**